Jerry HUGGINS, Plaintiff–Appellant,

v.

Roy W. CHERRY; David Simon, Assistant Superintendent; Captain Hatchett, Chief of Security, Defendants–Appellees.

No. 01–7667.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 9, 2002.

Jerry Huggins, Appellant Pro Se.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Jerry Huggins appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Huggins v. Cherry,* No. CA–01–1009–AM (E.D. Va. filed Sept. 17, 2001; entered Sept. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Affirmed by unpublished PER CURIAM opinion.